◼ In the Matter of TROY SAVINGS BANK, Respondent, v CITICORP MORTGAGE, INC., Appellant. [605 NYS2d 973] —White, J.

Appeal from an order and judgment of the Supreme Court (Spain, J.), entered September 11, 1992 in Rensselaer County, which granted petitioner's application, in a proceeding pursuant to CPLR 5225 (b), to direct respondent to turn over certain moneys to petitioner.

We concur with Supreme Court that this situation is factually and legally indistinguishable from *Moke Realty Corp. v Whitestone Sav. & Loan Assn.* (41 NY2d 954) *(see also, Whitestone Sav. & Loan Assn. v Allstate Ins. Co.,* 28 NY2d 332; *Sportsmen's Park v New York Prop. Ins. Underwriting Assn.,* 97 AD2d 893, *affd* 63 NY2d 998). Accordingly, the order and judgment should be affirmed.

Weiss, P. J., Mercure and Crew III, JJ., concur. Ordered that the order and judgment is affirmed, without costs.